IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA KROPF,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 19-0971 |
| | : | |
| **TEMPLE UNIVERSITY HEALTH** | : | |
| **SYSTEM, INC., et al.,** | : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this 29th day of November, 2021, for the reasons set forth in the accompanying Memorandum containing the Court's findings of fact and conclusions of law for purposes of Federal Rule of Civil Procedure 52(a)(1) after a non-jury trial held July 26 through July 30, 2021, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Defendants Temple University Health System, the American Oncologic Hospital d/b/a Fox Chase Cancer Center, Fox Chase Cancer Center Medical Group, Inc., and Henry Fung, MD.

It is **FURTHER ORDERED** that the claims against Defendant Michael Dugan are **DISMISSED** in their entirety with prejudice.

The Clerk of the Court is directed to close this matter.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**